UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANEEF MAJEED, | ) |
| Movant, | ) |
| vs. | ) Case No. 4:06CV552 CDP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the motion of Haneef Majeed to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed as untimely filed.

**IT IS FURTHER ORDERED** that as Majeed has not made a substantial showing of a denial of a constitutional right this Court will not issue a certificate of appealability.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2008.